PEOPLE ex rel. MARTIN v. MYERS et al.

*In re* KINGSBRIDGE ROAD.     *In re* ST. NICHOLAS AVE.

(*Supreme Court, General Term, First Department.* March 15, 1892.)

*Certiorari* by Isaac P. Martin to review the decision of Theodore W. Myers and others, composing the board of revision and correction of assessment lists, in the matter of the assessment for paving with macadam pavement St. Nicholas avenue from 155th street to its intersection with 10th avenue, and Kingsbridge road from its intersection with 10th avenue to 119th street, and laying cross walks.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

*James A. Deering,* for relator.     *William H. Clark,* for respondent.

No opinion. Ordered that the said proceedings and determination of the board of revision and correction of assessment lists be, and they are hereby, confirmed, with $10 costs and disbursements.